**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| ROY GONZALEZ,<br><br>                Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | Case No. ED CV 08-1253 JTL<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that Judgment be entered reversing the decision of the Commissioner and remanding the case for further administrative proceedings consistent with the Memorandum Opinion and Order.

DATED: August 3, 2009

                             /s/
                        JOHN E. MCDERMOTT
               UNITED STATES MAGISTRATE JUDGE