LAW OFFICES OF BILL LATOUR
Bill LaTour [CSBN: 169758]
   11332 Mountain View Ave., Suite C
   Loma Linda, California 92354
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROY GONZALEZ, ) | No. EDCV 08-1253 JEM |
| ) | |
|    Plaintiff, ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| ) | |
|    v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner Of Social Security, ) | |
| ) | |
|    Defendant. ) | |

     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

     IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND SIX HUNDRED DOLLARS and 00/cents ($2,600.00)as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: September 25, 2009       /s/John E. McDermott_____
                                      HON. JOHN E. MCDERMOTT
                                      UNITED STATES MAGISTRATE JUDGE